# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 8:25-cv-001433-JDE | Date | October 9, 2025 |
|---|---|---|---|
| Title | Cynthia Laughlin v. Experian Information Solutions Inc., et al. | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|

| Amber Rodriguez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:**     (In Chambers) Order to Show Cause re Failure to Prosecute

On July 2, 2025, Cynthia Laughlin ("Plaintiff") filed a Complaint against Experian Information Solutions Inc. ("Experian") and Equifax Information Services, LLC. Dkt. 1 ("Complaint"). Equifax answered the Complaint on August 28, 2025. Dkt. 16

On July 14, 2025, Plaintiff filed a "Waiver of Service of Summons" as to Experian that reflected judgment may be entered against Experian if Experian did not answer or serve a Rule 12 motion within 60 days of July 10, 2025, that is, by September 8, 2025. Dkt. 9. As of the date of this Order, Experian has not answered or otherwise filed a Rule 12 motion in response to the Complaint or sought additional time from the Court to do so.

Plaintiff has an obligation to prosecute this action in a timely manner. See generally Fed. R. Civ. P. 1, 41(b). As a result, Plaintiff is ORDERED TO SHOW CAUSE in writing within 7 days from the date of this Order why this action dismissed for failure to prosecute for Plaintiff's failure to seek entry of default against defendant Experian. Plaintiff may comply with this Order by, within 7 days: (1) filing a fully supported request for the Clerk to enter default against Experian; or (2) filing a Notice of Dismissal of Experian from the action. Further, if Experian files a proper responsive pleading within 7 days, Plaintiff need take no further action as to this Order, and the Order will be automatically discharged in that event. Failure to comply with this Order in a timely manner may result in an order of dismissal of the action for failure to prosecute under Rule 41(b)(1) without further notice.

IT IS SO ORDERED.

| | Initials of Courtroom Deputy | ARO |
|---|---|---|