UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA LAUGHLIN,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>EXPERIAN INFO. SOLUTIONS, INC., et al.,<br><br>　　　　Defendant(s). | Case No. 8:25-cv-01433-JDE<br><br>ORDER SETTING SCHEDULING CONFERENCE FOR **JANUARY 29, 2026, at 10:00 AM** |

　　　A scheduling conference under Federal Rule of Civil Procedure ("Rule") 16(b) is set for the above date. Unless excused for good cause shown, lead counsel are ordered to personally appear at the scheduling conference. If the Court determines that a Scheduling Order may be issued based on the Joint Rule 26(f) Report, the scheduling conference will be vacated.

**A.** <u>**Joint Rule 26(f) Report**</u>

　　　The parties/counsel are ordered to meet at least 28 days before the scheduling conference. The Joint Rule 26(f) Report is ordered to be filed at least 21 days before the scheduling conference. "Joint" means a single report with input from all parties who have appeared or been served by the date the

Joint Report is due. The Joint Report shall provide the information set forth below, as required by Rule 26(f) and Local Civil Rule ("L.R.") 26:

1. **Statement of the Case:** a short synopsis (not to exceed two pages) of the main claims, counterclaims, and affirmative defenses, and whether a request to amend any pleading is anticipated;
2. **Legal Issues:** a brief description of the key legal issues, including any unusual substantive, procedural, or evidentiary issues;
3. **Damages:** the realistic range of provable damages;
4. **Insurance:** whether there is insurance coverage, the extent of coverage, and whether there is a reservation of rights;
5. **Motions:** a statement of the likelihood of motions seeking to: add other parties or claims; leave amended pleadings; severance or bifurcation or consolidation; or transfer venue;
6. **Discovery and Experts:** under Rule 26(f), a description of what, if any, changes to the disclosure requirements and/or deadlines under Rule 26(a) should be made; a discovery plan, including the subjects on which discovery may be needed and whether discovery should be conducted in phases or otherwise be limited; what discovery has been conducted thus far; whether applicable discovery limitations should be changed; how many depositions each side will take; the proposed time of expert witness disclosures under Rule 26(a)(2); and whether any specific initial discovery orders will be requested.
7. **Dispositive Motions:** a description of the issues or claims that any party believes may be determined by a dispositive pretrial motion.
8. **Settlement and Settlement Mechanism:** a statement of what settlement discussions and/or written communications have occurred (excluding any description of the terms) and a statement under L.R.

16-15.4 selecting a proposed settlement mechanism of either private mediation or the court mediation panel.

9. **Trial Estimate:** a realistic estimate of the time required for trial and whether trial will be by jury or by court. Each side must specify the number of witnesses it expects to call.

10. **Timetable:** complete the "Proposed Schedule of Pretrial and Trial Dates" form attached as Exhibit A to this Order and attach it to the Rule 26(f) report. Submission of a completed Exhibit A is mandatory. The entries in the "Weeks Before Trial" column merely reflect what the Court believes are appropriate for most cases; those entries are not necessarily applicable to this case. An entry proposing a trial date shall fall on a Tuesday; an entry proposing a motion hearing date shall fall on a Thursday.

11. **Independent Expert or Special Master:** advise whether this is a case in which an independent expert or special master under Rule 53 or an independent scientific expert should be appointed.

12. **Other Issues:** a statement of any other issues affecting the status or management of the case (e.g., unusually complicated technical or technological issues, disputes over confidentiality protective orders, extraordinarily voluminous document production, non-English speaking witnesses, discovery in foreign jurisdictions, etc.).

B. **Notice to Be Provided by Counsel**

Plaintiff is ordered to provide this Order to any party who appears after date of this Order and to parties who are known to exist but have not appeared.

C. **Disclosure to Clients**

Counsel are ordered to deliver to their respective clients a copy of this Order and of the Court's Scheduling and Case Management Order, which contains the schedule that is set at the Scheduling Conference.

1      A failure by a party or counsel to participate in the joint meeting of
2 parties/counsel, or to participate in the preparation of a Joint Report, or to file
3 a Joint Report, within the time permitted may result in the imposition of
4 sanctions and/or dismissal or entry of default.
5      IT IS SO ORDERED.

7 Date: November 12, 2025                 _____
8                                                       JOHN D. EARLY
                                                      United States Magistrate Judge

# EXHIBIT A

## PROPOSED SCHEDULE OF PRETRIAL AND TRIAL DATES

| Event (Last Day or Cut-Off) | Time Before Trial | Plaintiff(s) Request | Defendant(s) Request |
|---|---|---|---|
| Last Day to File Motion to Add Parties or Amend Pleadings | Scheduling Conf. Date + 90 days | | |
| Fact Discovery Cut-Off, including hearings on fact discovery motions | 22 weeks | | |
| Expert Disclosure (Initial) | 20 weeks | | |
| Expert Disclosure (Rebuttal) | 18 weeks | | |
| Expert Discovery Cut-Off | 15 weeks | | |
| Last Day to Complete Settlement Conference (L.R. 16-15) | 10 weeks | | |
| Dispositive Motion Hearing Cut-off | 8 weeks (Thurs.) | | |
| Final Pretrial Conference and Hearing on Motions in Limine (Thurs. only) | Thurs. 12 days before trial | | |
| Prop. Findings of Fact/Conclusions of Law (L.R. 52, bench trial only) | 1 week | | |
| Trial Date: <u>Specify</u> Date, Jury or Bench, and estimated length in days | 9:00 a.m. (Tuesdays) | | |